**FILED**

09/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

IN THE ASBESTOS CLAIMS COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN RE ASBESTOS LITIGATION, *Consolidated Cases* | Cause No. AC 17-0694 <br><br> ORDER APPROVING DISBURSEMENT <br> (Robinson Insulation Receivership) |

Counsel for Jeremiah and Karen Hartle, Matthew Bergman, with the consent of the Receiver for Robinson Insulation, Nancy Gibson, counsel for certain Libby Plaintiffs, Allan McGarvey, and counsel for additional Libby Plaintiffs, Kovaich Snipes Johnson P.C, has moved the Court to authorize the Receiver's immediate disbursement of the Hartles' settlement proceeds from against Robinson Insulation Company ("Robinson") and its insurers in Cause No. DV-15-2018- 532B ("Motion for Disbursement").

The court finds and concludes as follows:

1.     This Court's March 23, 2018, Order (herein "Order") creating the receivership granted authority for the receiver to make demands that the insurers settle claims against Robinson (Order ¶1(c)). The Order

1

requires that the Receiver obtain this Court's approval of "specific proposals" for settlement (Order ¶2).

2.    On April 20, 2020, following review of the Settlement agreement, the Court entered an Order approving the settlement between the Hartles and Robinson Insulation.

3.    The April 20, 2020 Order stated that the settlement proceeds would be paid to the Receiver and held until the Court approved disbursement upon a motion to be filed by the Hartles.

4.    The April 20, 2020 Order further stated that any concerns by the Libby Plaintiffs or others with respect to any limited funds of indemnity insurance coverage of claims against Robinson will be addressed upon the Hartles' motion for disbursement.

5.    The Receiver for Robinson, on behalf of its creditors, as well as separate counsel for the Libby Plaintiffs, have had an opportunity to review the Hartles' Motion for Distribution and have indicated no objection.

6.    Disbursement of the Hartles' settlement proceeds is in the best interests of the Robinson Receivership estate because it achieves a release of the Hartles' claims against Robinson and Robinson's co-insureds.

7.    Counsel for the Hartles, in support of their Motion for Disbursement, has submitted evidence of the reasonableness of their Settlement with Robinson Insulation, including a record demonstrating:

a. The extensive damages suffered by the Hartles in excess of the Settlement amount;

b. Clear evidence of liability, trial risk, and additional expense to Robinson in the Hartles' underlying case;

c. That the Settlement was the result of a multi-year litigation between the Hartles and Robinson and arms-length negotiation between the Hartles, Robinson, and Robinson's insurers; and

d. The rights of Robinson's creditors and the Libby Plaintiffs are adequately represented by the Robinson Receiver and separate counsel, who do not object to the Motion for Disbursement.

Wherefore, IT IS HEREBY ORDERED:

1. The Hartles' Motion for Disbursement is GRANTED.

2. The Receiver for Robinson Insulation, Nancy Gibson, is authorized to disburse the proceeds of the Hartles-Robinson Settlement to counsel for the Hartles, consistent with the provisions of the Settlement Agreement.

DATED 9/29/2020 AND ELECTRONICALLY SIGNED BELOW.

_____
District Court Judge

3